UNITED STATES DISTRICT COURT    PSend Ent JS6
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CIVIL MINUTES - GENERAL

Case No.  CV 05-6460 GPS(VBKx)           Date: July 17, 2006

Title:  <u>Miller v. Petters, et al.</u>

===============================================================================
PRESENT:      **THE HONORABLE GEORGE P. SCHIAVELLI,    JUDGE**

      Krista Barrett                              Not present
      Courtroom Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                           Not present

PROCEEDINGS:   Defendants' Motion to Dismiss (In Chambers)

    The Court has considered Defendants' motion to dismiss for lack of personal jurisdiction, all papers filed in support of and in opposition thereto, as well as the oral arguments of counsel, and hereby issues the following Order.

    At oral argument, the Court found that it had no general jurisdiction over Defendants in this forum. As to specific jurisdiction, the Court rules as follows. First, Plaintiff has not established purposeful availment because 1) the Settlement Agreement from which Plaintiff's claims arise was drafted and signed in Minnesota, 2) Defendants maintain no presence in California, 3) Defendants' act of contracting with a known California resident is insufficient to confer personal jurisdiction under *Ziegler v. Indian River County*, 64 F.3d 470, 473 (9th Cir. 1995), and 4) Petters' two California meetings alone are insufficient to confer personal jurisdiction. Second, Plaintiff has not advanced any meaningful argument as to relatedness. *See Smith Noble LLC v. South Jersey Vinyl, Inc.*, 47 U.S.P.Q.2d 1944, 1947-48 (C.D. Cal. 1998). And third, the exercise of jurisdiction in California would be unreasonable because there is no showing of purposeful interjection, Minnesota has a strong interest in the resolution of this case, the most efficient resolution of the case likely will occur in Minnesota, and that State represents an available alternate forum in which Plaintiff can receive effective relief. *See Panavision Int'l, L.P. v. Toeppen*, 141 F.3d 1316, 1322-23 (9th Cir. 1998).

    Therefore, the motion is **GRANTED** and the action **DISMISSED** for lack of personal jurisdiction over Defendants.

IT IS SO ORDERED.

MINUTES FORM 11                              Initials of Deputy Clerk ____
CIVIL - GEN

